OFFICE OF DISCIPLINARY COUNSEL *v.* COLLINS.

[Cite as *Disciplinary Counsel v. Collins* (1994), 71 Ohio St.3d 310.]

(No. 94–2308—Submitted December 7, 1994—Decided December 23, 1994.)

*Geoffrey Stern,* Disciplinary Counsel, and *Alvin E. Mathews,* Assistant Disciplinary Counsel, for relator.

*Baker, Chapman & Cahoon* and *Peter T. Cahoon,* for respondent.

---

*Per Curiam.* We concur with the findings and recommendation of the board. Respondent is hereby publicly reprimanded and ordered to make restitution. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.